INTHE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHNNY OWENS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-275(MTT) |
| INVESTIGATOR COREY KINGS and JUDGE JOHN DANDA, | ) |
| Defendants. | ) |

### ORDER

Before the Court is the Plaintiff's motion for leave to appeal *in forma pauperis*. (Doc. 8).  The Court previously granted the Plaintiff's motion to proceed *in forma pauperis* at the district court level and then dismissed his case for frivolity and failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B).  (Doc. 4).  The Plaintiff seeks to appeal that order.

Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."  When a party's claims on appeal appear to be frivolous, the appeal is not taken in good faith. *See, e.g.*, *Kapordelis v. Gainesville Surgery Center*, 2011 WL 3924865 at *1-2 (N.D. Ga.).  A frivolous appeal is an appeal "without arguable merit." *Sun v. Forrester,* 939 F.2d 924, 925 (11th Cir. 1991) (internal quotes and citation omitted).  *See also Williams v. Lynch*, 2007 WL 2330919 at *2 (M.D.Fla.) ("[A]n application to appeal in forma pauperis may be denied if it appears – objectively – that the appeal cannot succeed as a matter of law") (internal quotes and citation omitted).

-2-

For the reasons set forth in the Court's order dismissing the Plaintiff's case, in the Court's best judgment, an appeal from that order cannot be taken in good faith. Accordingly, the Plaintiff's motion for leave to appeal *in forma pauperis* is **DENIED**.

**SO ORDERED**, this 9th day of October, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
